# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> SIMBER ROJAS, <br> Defendant. | Case No.:18-mj-3495-RNB-WQH <br><br> **Order Staying Proceedings** |

On joint motion of the parties, and with good cause shown, further proceedings in this case are stayed pending the Ninth Circuit's decision in *United States v. Corrales-Vazquez*, 18-50206 or *United States v. Perez-Martinez*, 18-50266, or until further order of the Court.

Dated: September 13, 2018

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court